UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN RENE ONTIVEROS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and M. PORTER,<br><br>Defendants. | No. 1:19-cv-01651-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PLAINTIFF'S THIRD AMENDED COMPLAINT AND DIRECTING THE CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE<br><br>(Doc. No. 50) |

Plaintiff Herman Rene Ontiveros is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The action proceeds on plaintiff's third amended complaint against defendants California Department of Corrections and Rehabilitation and M. Porter for alleged violation of plaintiff's rights to access the courts.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's claim for violation of his First Amendment right to access the courts set forth in his third amended complaint be dismissed for failure to state a claim because he failed to allege any actual injury, failure to prosecute, and failure to comply with a court order and that his state-law claims be dismissed, without prejudice, for lack of subject-matter jurisdiction.

(Doc. No. 50.) Those findings and recommendations were served on the plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 9.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 15, 2021, (Doc. No. 50), are adopted in full;
2. Plaintiff's First Amendment claims based upon denial of access to the courts are dismissed for failure to state a claim, failure to prosecute, and failure to comply with a court order;
3. Plaintiff's state-law claims are dismissed, without prejudice, for lack of subject-matter jurisdiction;
4. The Clerk of Court is directed to assign a district judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:   **April 2, 2021**                           *Dale A. Drozd*
                                                    UNITED STATES DISTRICT JUDGE